# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re:

    Bond, Daniel Earl

    Debtor(s)

Chapter 7 Proceedings

Case No. 13-10177
Judge: Arthur Harris

**Motion for Authority to Sell Property Free and Clear of Liens or Other Interests**

Now comes Virgil Brown, Trustee herein, by and through counsel, and respectfully represents to the Court as follows:

1. That he is duly appointed Trustee in the within Bankruptcy proceeding which was commenced by the filing of a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code on or about January 11, 2013.
2. That among the assets owned by the Debtor(s), at the time of the commencement of the within Estate was an interest in the following property of the within Estate as defined in § 541 of the United States Bankruptcy Code: Five (5) shares of stock in the Geauga Title Insurance Agency, Inc., as scheduled by Debtor.
3. That an offer to purchase the property has been received for a sum of One Thousand Dollars ($1,000.00) which is the highest and best offer received. The purchaser is an existing shareholder of the Geauga Title Insurance Agency Inc. This offer is made from an arms-length Buyer, Dennis Ibold, Esq.
4. That it would be in the best interest of the Estate if the Trustee were authorized to sell said property clear of any and all liens and encumbrances by accepting the purchase offer.
5. Any and all liens and encumbrances shall be transferred to the fund created by the sale of said property and may be subject to costs of sale and administration pursuant to 11 U.S.C. §506(c) of the Bankruptcy Code.

*WHEREFORE,* your Trustee prays that he may be authorized to sell, all of the right, title and interest of the within Estate in and to the Debtor assets as set forth above, free and clear of all claims should any be recognized in the context of these proceedings and requiring that the creditors and parties served herewith set forth their interest, if any, in and to said assets of this Estate or be barred from asserting same, to enter into an purchase agreement, contract for the and for such other and further relief as is just.

/s/Virgil E. Brown, Jr._____
Virgil E. Brown (0003675)
Attorney for the Trustee
2136 Noble Road
Cleveland, Ohio 44112
(216) 851-3304
(216) 851-2900
vbrown@epitrustee.com

## NOTICE OF HEARING

A hearing is scheduled on this matter in Courtroom 1A of the U.S. Bankruptcy Court located at 201 Superior Avenue, Cleveland, Ohio 44114, on the 21st day of May, 2013, at 10:00 a.m. to consider any written objection which is filed and served not later that seven (7) days preceding the date scheduled for such hearing. If no objection is filed and served within such time, the sale may be consummated and the Motion may be granted without hearing.

/s/Virgil E. Brown, Jr._____
Virgil Brown
Attorney for Trustee

# CERTIFICATION OF SERVICE

I certify that on April 17, 2013, a true and correct copy of the Motion was served:

Via the court's Electronic Case Filling System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

U S Trustee at Registered Address@usdoj.gov

Ellen Holland Keller, Esq. on behalf of Daniel Earl Bond at Holland@gwis.com

And by regular U.S. mail postage prepaid on:

All parties on attached Exhibit

/s/ Virgil E. Brown, Jr.
Virgil Brown Jr. (0003675)
Trustee
2136 Noble Road
Cleveland, Ohio 44112
216-851-3304
vbrown@epitrustee.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-1<br>Case 13-10177-aih<br>Northern District of Ohio<br>Cleveland<br>Wed Apr 17 13:28:20 EDT 2013 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Howard M. Metzenbaum U.S. Courthouse<br>United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114-1235 |
| Bank Of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Betty Jane Bond<br>10484 Bell Road<br>Newbury, OH 44065-9124 | Cach, Llc<br>4340 S Monaco St Unit 2<br>Denver, CO 80237-3408 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cardinal Point Ltd<br>104 Water Street<br>Chardon, OH 44024-1202 | Chase<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127-5705 |
| Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citibank Universal Mastercard<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Client Services, Inc<br>3451 Harry S Truman Blvd<br>Saint Charles, MO 63301-9816 |
| Diane A. Calta, Esq.<br>Joseph W.Diemertk, JR. & Assoc.<br>1360 SOM Center Road<br>Cleveland, OH 44124-2108 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| GC Services Limited Partnership<br>Dept HOVS 057<br>PO Box 3044<br>Livonia, MI 48151-3044 | Geauga Savings Bank<br>10800 Kinsman Road<br>Newbury, OH 44065-9744 | JPMorgan Chase Bank, N.A.<br>PO Box 260180<br>Baton Rouge, LA 70826-0180 |
| James R. Ford<br>12230 Country Oaks Trail<br>Chardon, OH 44024-9095 | Monarch Recovery Management, Inc.<br>10965 Decatur Rd<br>Philadelphia, PA 19154-3210 | National Enterprise Systems<br>29125 Solon Rd.<br>Solon, OH 44139-3442 |
| Nelson, Watson & Assoc. LLC<br>80 Merrimack St<br>Lower Level<br>Haverhill, MA 01830-5202 | Newport Harbor Association<br>33 Shoreby Dr.<br>Bratenahl, OH 44108-1190 | Newport Harbour Association<br>33 Shoreby Dr.<br>Bratenahl, OH 44108-1190 |
| Northview Partnership<br>104 Water Street<br>Chardon, OH 44024-1202 | PNC Bank<br>PO Box 3180<br>Pittsburgh, PA 15230-3180 | Phillips & Cohen Assoc Ltd<br>PO Box 5790<br>Hauppauge, NY 11788-0164 |
| Phoenix Life Insurance Co.<br>P.O. Box 8027<br>Boston, MA 02266-8027 | Professional Recovery Services Inc.<br>PO Box 1880<br>Voorhees, NJ 08043-7880 | Professional Recovery Services, Inc<br>PO Box 51790<br>Livonia, MI 48151-5790 |

| | | |
|---|---|---|
| Sears/Citibank<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | Sw Crdt Sys<br>5910 W Plano Pkwy Suite 100<br>Plano, TX 75093-2202 | Terrance E. Gerson<br>8735 Chillicothe Road<br>Mentor, OH 44060-7876 |
| USAA Savings Bank<br>PO Box 47504<br>San Antonio, TX 78265-7504 | United Collection Bureau, Inc.<br>5620 Southwyck Blvd<br>Ste 206<br>Toledo, OH 43614-1501 | United Recovery Systems<br>P.O. Box 722929<br>Houston, TX 77272-2929 |
| United Recovery Systerms<br>5800 North Coursde Dr.<br>Houston, TX 77072-1613 | Weltman, Weinberg & Reis Co., LPA<br>323 W. Lakeside Ave.<br>Suite 200<br>Cleveland, OH 44113-1099 | Wm. R. Gray Associates, Inc.<br>9472 Hamilton Dr.<br>Mentor, OH 44060-8708 |
| Daniel Earl Bond<br>10484 Bell Road<br>Newbury, OH 44065-9124 | Ellen Holland Keller<br>55 Public Sq<br>#1510<br>Cleveland, OH 44113-1998 | Virgil E Brown Jr<br>2136 Noble Road<br>Cleveland, OH 44112-1736 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cap One<br>PO Box 85520<br>Richmond, VA 23285 | Elan Financial Service<br>PO Box 790084<br>Saint Louis, MO 63179 | (d)U S Bank<br>101 5th St E Ste A<br>Saint Paul, MN 55101 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | (d)Client Services, Inc.<br>3451 Harry S Truman Blvd<br>Saint Charles, MO 63301-9816 | End of Label Matrix<br>Mailable recipients  41<br>Bypassed recipients   2<br>Total                 43 |